HEINZ BINDER, #87907
ROBERT G. HARRIS, #124678
ROYA SHAKOORI, #236383
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for CMR Mortgage Fund II, LLC and
Hamilton Creek, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In Re | Case No. 09-30802 DM |
| CMR MORTGAGE FUND III, LLC, | Chapter 11 |
| Debtor. | |

## WAIVER OF ALL CLAIMS

Binder & Malter, LLP hereby waives any and all claims owed to it by CMR Mortgage Fund III, LLC (the "Debtor"). The listing of an amount owing of $1,780.72 was incorrect as Binder & Malter, LLP has never represented the Debtor.

Dated: April 3, 2009      BINDER & MALTER, LLP


By: /s/ Robert G. Harris
    Robert G. Harris

Attorneys for CMR Mortgage Fund II, LLC and
Hamilton Creek, LLC