.

# United States Bankruptcy Court
## Northern District of California

In re    **CMR Mortgage Fund III, LLC** _____,  

Debtor

Case No.    **09-30802** _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 10 | 46,391.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 3,841,097.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 46,391.00 | | |
| Total Liabilities | | | | 3,841,097.76 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re     **CMR Mortgage Fund III, LLC** _____ ,      Case No. ___**09-30802**___

                                     Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re **CMR Mortgage Fund III, LLC**                              Case No. **09-30802**
_____,
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor owns membership interests in various LLC's, which own real property; debtor owns no real property.** | | - | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Case: 09-30802    Doc# 25    Filed: 04/21/09    Entered: 04/21/09 19:55:38    Page 3 of 38

In re    **CMR Mortgage Fund III, LLC**           ,    Case No.    **09-30802**

<p align="center">Debtor</p>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank**<br>**Account No. 412-1479968**<br><br>**Bank of America**<br>**Account No. 14591-43008** | -<br><br>- | 449.00<br><br>5,567.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Various Real Property and Liability Insurance Policies** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | **6,016.00** |
| | (Total of this page) | |

   **9**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **CMR Mortgage Fund III, LLC**            ,    Case No.     **09-30802**
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **3203 Thirty-Fifth Ave, LLC** <br><br> **Debtor holds 25.0% of the membership interests in this LLC, which owns mixed use (commercial/residential) property, located at 3202 35th Avenue in Oakland, California (Loan No. 05-018).** | - | **Unknown** |
| | | **2 Aster, LLC** <br><br> **Debtor holds 10.8% of the membership interests in this LLC, which owns 28.34 acres (118 tentative lots) of real property, located in Victorville, California (Loan No. 06-012).** | - | **Unknown** |
| | | **724 Glenwood, LLC** <br><br> **Debtor holds 98.6% of the membership interests in this LLC, which owns 28.2 acres of real property, located at 724-808 E. Glenwood in Turlock, California (Loan No. 06-061). Debtor holds a claim against this entity for pre-foreclosure advances (see Item 18).** | - | **Unknown** |
| | | **3626 Main, LLC** <br><br> **Debtor holds 12.1% of the membership interests in this LLC, which owns 7,000 sq. ft. industrial property, located at 3626 Main Street in San Diego, California (Loan No. 06-017). Debtor holds a claim against this entity for pre-foreclosure advances (see Item 18).** | - | **Unknown** |

Sub-Total >        **0.00**
(Total of this page)

Sheet   **1**   of   **9**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CMR Mortgage Fund III, LLC**           ,     Case No.    **09-30802**

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY
<div align="center">(Continuation Sheet)</div>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|:---:|
| | | **2 Antioch, LLC** | - | **Unknown** |
| | | **Debtor holds 100.0% of the membership interests in this LLC, which owns real property consisting of 50.01 acres (209 proposed lots and 11 acres commercial), located at Laurel Ranch in Antioch, California (Loan No. 06-071B). Debtor holds a claim against this entity for pre-foreclosure advances (see Item 18).** | | |
| | | **Hamilton Creek, LLC** | - | **Unknown** |
| | | **This entity filed a voluntary chapter 11 petition on September 16, 2008 (Case No. 08-31285). Debtor holds 35.0% of the membership interests in this LLC, which owns two pieces of real property, as follows: (A) 145 acres of land (development site), located at One Quarry Road in Brisbane, California (Loan No. 06-038B); and (B) one parking lot, located at 311 Aspen Avenue in South Francsico, California (Loan No. 05-062). Debtor holds a claim against this entity for pre-foreclosure advances (see Item 18).** | | |
| | | **Wheatland Holdings, LLC** | - | **Unknown** |
| | | **Debtor holds 35.0% of the membership interests in this LLC, which owns 435 acres, located in Wheatland, California (Loan No. 06-038C).** | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **CMR Mortgage Fund, LLC ("Fund I")** | - | **Unknown** |
| | | **Claim: $1,919,075.00 Basis: Overpaid advances, short-term loan. Collectibility of claim is uncertain. NOTE: This entity filed a voluntary chapter 11 petition on November 19, 2008 (Case No. 08-32220).** | | |

<div align="right">Sub-Total &gt;             **0.00**</div>
<div align="right">(Total of this page)</div>

Sheet   **2**   of   **9**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **CMR Mortgage Fund III, LLC**                                              ,     Case No.     **09-30802**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **721 5th St, LLC** | - | **Unknown** |
| | | **Claim: $1,178.00**<br>**Basis: Short-term loan.**<br>**Collectibility of claim is uncertain.**<br>**NOTE: This entity owns mixed use sites (duplex, restaurant), located at 721 and 745 5th Street in Oakland, California (Loan No. 04-052). Debtor holds no ownership interest in this LLC.** | | |
| | | **3 CCAM, LLC**<br>**Claim: $11,261.00**<br>**Basis: Short-term loan.**<br>**Collectibility of claim is uncertain.**<br>**NOTE: This entity owns no assets (all assets sold prior to petition date). Debtor holds no ownership interest in this LLC.** | - | **Unknown** |
| | | **3626 Main, LLC** | - | **Unknown** |
| | | **Claim: $36,561.00**<br>**Basis: Overpaid advances.**<br>**Collectibility of claim is uncertain.**<br>**NOTE: This entity owns 7,000 sq. ft. industrial real property, located at 3626 Main Street in San Diego (Loan No. 06-017). Debtor holds an ownership interest in this LLC (see Item 13).** | | |
| | | **Additional claims against various LLC's: Less than $5,000.00** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Loan No. 04-005** | - | **Unknown** |
| | | **Borrower: John Franklin Hein, Trustee**<br>**Principal: $1,563,500.00**<br>**Debtor's Interest: 26.5%**<br>**Lien Position: First**<br>**Collateral: Unimproved land located at Mira Mesa in San Diego, California**<br>**Accounting: Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet __3__ of __9__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Case: 09-30802     Doc# 25     Filed: 04/21/09     Entered: 04/21/09 19:55:38     Page 7 of 38

In re   **CMR Mortgage Fund III, LLC**      ,    Case No.    **09-30802**

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY
<div align="center">(Continuation Sheet)</div>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Loan No. 05-024** | - | **Unknown** |
| | | **Borrower: Patrick D. Fitzgerald**<br>**Principal: $100,000.00**<br>**Debtor's Interest: 10.0%**<br>**Lien Position: First**<br>**Collateral: Unimproved land (vacant lot) located at Vya, Nevada**<br>**Accounting: Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 05-052A** | - | **Unknown** |
| | | **Borrower: Veasy & Horner Development, LLC**<br>**Principal: $74,499.00**<br>**Debtor's Interest: 3.5%**<br>**Lien Position: First, Second & Third**<br>**Collateral: Commercial land located at 3951 E. Clay Avenue in Fresno, California**<br>**Accounting: Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 05-061B** | - | **Unknown** |
| | | **Borrower: Dyer Mountain Associates, LLC**<br>**Principal: $4,149,749.00**<br>**Debtor's Interest: 41.5%**<br>**Lien Position: Second**<br>**Collateral: 7,025 acres unimproved land located in Lassen and Plumas Counties in California**<br>**Accounting: Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 05-061C** | - | **Unknown** |
| | | **Borrower: Dyer Mountain Associates, LLC**<br>**Principal: $2,000,000.00**<br>**Debtor's Interest: 20.0%**<br>**Lien Position: Third**<br>**Collateral: 7,025 acres unimproved land located in Lassen and Plumas Counties in California**<br>**Accounting: Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |

<div align="right">Sub-Total >        **0.00**</div>
<div align="right">(Total of this page)</div>

Sheet  **4**  of  **9**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**       ,     Case No.   **09-30802**

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY
<div align="center">(Continuation Sheet)</div>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Loan No. 06-013** | - | **Unknown** |
| | | **Borrower:  Paula R. Mulugeta**<br>**Principal:  $200,000.00**<br>**Debtor's Interest:  20.0%**<br>**Lien Position:  Second**<br>**Collateral:  Mixed use land located at 5401 Bran Street in Oakland, California**<br>**Accounting:  Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 06-023** | - | **Unknown** |
| | | **Borrower:  MB Property Development II, LLC**<br>**Principal:  $3,350,000.00**<br>**Debtor's Interest:  36.6%**<br>**Lien Position:  Third**<br>**Collateral:  259 acres of unimproved land located in Myrtle Beach, South Carolina**<br>**Accounting:  Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 06-027** | - | **Unknown** |
| | | **Borrower:  Sheldon-Laguna Properties, LLC**<br>**Principal:  $2,450,000.00**<br>**Debtor's Interest:  61.3%**<br>**Lien Position:  Mixed**<br>**Collateral:  Unimproved land located at 731 Nelson Lane in Lincoln, California**<br>**Accounting:  Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 06-057** | - | **Unknown** |
| | | **Borrower:  Pfau, Pfau & Pfau, LLC**<br>**Principal:  $6,160,000.00**<br>**Debtor's Interest:  61.6%**<br>**Lien Position:  Second & Third**<br>**Collateral:  Approximately 28,000 acres of unimproved land located in Fresno, California**<br>**Accounting:  Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |

<div align="right">Sub-Total >     **0.00**</div>
<div align="right">(Total of this page)</div>

Sheet  __5__  of  __9__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**                   ,    Case No.   **09-30802**

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY
<div align="center">(Continuation Sheet)</div>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Loan No. 06-058** | - | **Unknown** |
| | | **Borrower: Pfau, Pfau & Pfau, LLC - Ray Gray**<br>**Principal: $2,972,000.00**<br>**Debtor's Interest: 20.8%**<br>**Lien Position: Second & Third**<br>**Collateral: Approximately 28,000 acres of unimproved land located in Fresno, California**<br>**Accounting: Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 007-004** | - | **Unknown** |
| | | **Borrower: Halekua Development Corporation**<br>**Principal: $7,280,974.00**<br>**Debtor's Interest: 17.4%**<br>**Lien Position: First**<br>**Collateral: Unimproved land (Lot 3, Royal Kunia Subdivision II Project), located in Waipahu, Honolulu, Hawaii**<br>**Accounting: Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 07-017** | - | **Unknown** |
| | | **Borrower: Byron Park II Limited Partnership**<br>**Principal: $1,685,000.00**<br>**Debtor's Interest: 93.6%**<br>**Lien Position: Mixed**<br>**Collateral: Unimproved land located at 11844 Old Tunnel Road in Grass Valley, California**<br>**Accounting: Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |

<div align="right">Sub-Total >      **0.00**<br>(Total of this page)</div>

Sheet  **6**  of  **9**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CMR Mortgage Fund III, LLC**                                 ,     Case No.    **09-30802**

<div align="center">Debtor</div>

<div align="center">

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

</div>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Loan No. 07-037** | - | **Unknown** |
| | | **Borrower:  MB Property Development II, LLC** **Principal:  $2,000,000.00** **Debtor's Interest:  40.0%%** **Lien Position:  Fourth** **Collateral:  Unimproved land (694 lots) located in Withers Preserve, Myrtle Beach, South Carolina** **Accounting:  Accrual** **Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **TOTAL NOTES RECEIVABLE:  $33,985,723.00** | | |
| | | **NOTE:  Values are book principal balances, without valuation reserves.  Some loans are secured by multiple properties, and lien priority may differ depending on the property.** | | |
| | | **2 Antioch, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $31,344.00.  Collectibility of this claim is uncertain. NOTE:  This LLC owns 50.01 acres (209 proposed lots and 11 acres commercial), located at Laurel Ranch in Antioch, California (Loan No. 06-071B). Debtor holds an ownership interest in this LLC (see Item 13).** | | |
| | | **3626 Main, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $27,058.00.  Collectibility of this claim is uncertain. NOTE:  This LLC owns 7,000 sq. ft. industrial real property, located at 3626 Main Street in San Diego (Loan No. 06-017).  Debtor holds an ownership interest in this LLC (see Item 13).** | | |
| | | **721 5th Street, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $1,960.00.  Collectibility of this claim is uncertain. NOTE:  This LLC owns mixed use sites (Duplex, Restaurant), located at 721 and 745 5th Street in Oakland, California (Loan No. 04-052).  Debtor holds no ownership interest in this LLC.** | | |

<div align="right">

Sub-Total >        **0.00**

(Total of this page)

</div>

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CMR Mortgage Fund III, LLC**        ,    Case No.    **09-30802**

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY
<div align="center">(Continuation Sheet)</div>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **724 Glenwood, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $48,996.00. Collectibility of this claim is uncertain. NOTE: This LLC owns 28.2 acres of real property, located at 724-808 E. Glenwood in Turlock, California (Loan No. 06-061). Debtor holds an ownership interest in this LLC (see Item 13).** | | |
| | | **5 Casa Grande, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $683,216.00. Collectibility of this claim is uncertain. NOTE: This LLC owns 900 acres (3,300 total lots), located at Case Grande in Arizona (Loan No. 06-038B). Debtor holds no ownership interest in this LLC.** | | |
| | | **Hamilton Creek, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $1,083,216.00. Collectibility of this claim is uncertain.<br>NOTE: This entity filed a voluntary chapter 11 petition on September 16, 2008 (Case No. 08-31285). This LLC owns two pieces of real property, as follows: (A) 145 acres of land (development site), located at One Quarry Road in Brisbane, California (Loan No. 06-038B); and (B) one parking lot, located at 311 Aspen Avenue in South Francsico, California (Loan No. 05-062). Debtor holds an ownership interest in this LLC (see Item 13).** | | |
| | | **Additional claims against LLC's for pre-foreclosure advances: Less than $5,000.00.** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

<div align="right">Sub-Total &gt;      <b>0.00</b></div>
<div align="right">(Total of this page)</div>

Sheet  **8**  of  **9**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**         ,    Case No.   **09-30802**

<center>Debtor</center>

# SCHEDULE B - PERSONAL PROPERTY
<center>(Continuation Sheet)</center>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal guarantees of loans listed under Item 18. Collectibility is uncertain.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **California Finance Lender's License** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Confidential proprietary customer list.** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid expenses for tax preparation ($40,375.00)** | - | **40,375.00** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **40,375.00** |
| Total > | **46,391.00** |

Sheet  **9**  of  **9**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

In re __CMR Mortgage Fund III, LLC__      Case No. __09-30802__

Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **There are various liens against real property owned by LLC's in which Debtor holds membership interests, but Debtor owns no real property and there are no liens against Debtor's assets.** | | | | | | | | |
| | | | Total(s) (Use only on last page) | | | | $0.00 | $0.00 |
| | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 1 of 1 total sheets in Schedule of Creditors Holding Secured Claims

In re   **CMR Mortgage Fund III, LLC**          Case No.   **09-30802**

<div align="center">Debtor(s)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided it he debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Sheet 1 of 3 total sheets in Schedule of
Creditors Holding Unsecured Priority Claims

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to 5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


Sheet 2 of 3 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | 0.00 |
| **Franchise Tax Board Bankruptcy Unit PO Box 2952 Sacramento, CA 95812** | | N A | **NOTICE ONLY** | | | | **$0.00** | **$0.00** |
| Account No. | | | | | | | | 0.00 |
| **Internal Revenue Service PO Box 21126 Philadelphia, PA 19114-0326** | | N A | **NOTICE ONLY** | | | | **$0.00** | **$0.00** |

|  | | |
|---|---|---|
| Subtotals: (Totals of this page) | **0.00** | 0.00 / **0.00** |
| Total: (Use only on last page of the completed Schedule E. Repeat also on the Summary of Schedules.) | **0.00** | |
| Totals: (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. | | 0.00 / **0.00** |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **CMR Mortgage Fund III, LLC** , Case No. **09-30802**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.**<br><br>Baumann, Paul F.<br>Trustee<br>486 Eureka Street<br>San Francisco, CA 94114 | | - | | | Outstanding checks | | | | 5.00 |
| **Account No.**<br><br>California Mortgage & Realty, Inc.<br>62 First Street, Fourth Floor<br>San Francisco, CA 94105 | | - | | | Servicing & Management Fees<br><br>NOTE:  This company is the Manager of Debtor.<br>    Subject to setoff. | | | | 1,132,848.00 |
| **Account No.**<br><br>CB Richard Ellis<br>Real Estate Broker<br>101 California Street, 44th Floor<br>San Francisco, CA 94111 | | - | | | Broker Fees<br><br>Matures only upon sale of real property owned by certain LLC's in which the Debtor holds membership interests | | | | 1,794.40 |
| **Account No.**<br><br>City of Oakland<br>250 Frank H. Ogawa Plaza, 2nd Floor<br>Oakland, CA 94612 | | - | | | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | | X | | 1,248.00 |
| | | | | | Subtotal<br>(Total of this page) | | | | 1,135,895.40 |

__8__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:32168-090406   Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**                ,     Case No.   **09-30802**

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Clawson, Donald<br>836 McLaughlin Street<br>Richmond, CA 94805 | - | | | Outstanding checks | | | | 75.00 |
| Account No.<br><br>CMR Mortgage Fund II, LLC<br>62 First Street, Fourth Floor<br>San Francisco, CA 94105 | - | | | Advances<br><br>NOTE:  This entity filed a voluntary chapter 11 petition on March 31, 2009 (Case No. 09-30788)  Subject to setoff. | | | | 1,427,068.00 |
| Account No.<br><br>Contra Costa County Tax Collector<br>730 Las Juntas Street<br>925-646-2360<br>Martinez, CA 94553 | - | | | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | | | X | 122,457.88 |
| Account No.<br><br>CT Corp<br>ATTN: Megan Slocum<br>1350 Treat Blvd.<br>(925) 287-2911<br>Walnut Creek, CA 94597 | - | | | Corporate Services | | | | 1,218.00 |
| Account No.<br><br>CT Corp<br>1350 Treat Blvd.<br>Walnut Creek, CA 94597 | - | | | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | | | X | 790.88 |

Sheet no. **1** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal<br>            (Total of this page)     **1,551,609.76**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **CMR Mortgage Fund III, LLC** , Case No. **09-30802**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Dick Larsen Treasurer Tax Collector** <br> **172 W.Third Street, 1st Floor** <br> **San Bernardino, CA 92415** | - | | | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.** | | X | | 13,429.46 |
| Account No. <br><br> **DK Consulting** <br> **1440 Maria Lane, Suite 200** <br> **925 932-6868** <br> **Walnut Creek, CA 94596** | - | | | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.** | | X | | 4,575.00 |
| Account No. <br><br> **Donald White** <br> **Alameda County Tax Collector** <br> **1221 Oak Street** <br> **Oakland, CA 94612** | - | | | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.** | | X | | 28,116.04 |
| Account No. <br><br> **EnviroDetics, Inc.** <br> **ATTN: Darrin Domingo** <br> **1379 Part Western Drive #184** <br> **(310) 832-2300** <br> **San Pedro, CA 90732** | - | | | 07/11/2008 <br> **Environmental Consulting Services** | | | | 5,500.00 |
| Account No. <br><br> **Fidelity National Title Company** <br> **209 Kearny Street, 2nd Floor** <br> **(415) 981-5720** <br> **San Francisco, CA 94108** | - | | | **Title Insurance and Escrow Fees** <br><br> **Matures only upon sale of real property owned by certain LLC's in which the Debtor holds membership interests** | | | | 70,617.69 |

Sheet no. **2** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**122,238.19**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **CMR Mortgage Fund III, LLC**                                      ,    Case No.  __09-30802__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fidelity National title Company<br>209 Kearny Street, 2nd Floor<br>415-981-5720<br>San Francisco, CA 94108** | - | | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | | X | | 45,136.56 |
| Account No.<br><br>**First American Title Insurance Company<br>135 Main Street Ste. 1200<br>San Francisco, CA 94105** | - | | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | | X | | 500.00 |
| Account No.<br><br>**First Street Commercial Mort. Fund, LLC<br>ATTN: David Choo<br>62 First Street, Fourth Floor<br>(415) 974-1100<br>San Francisco, CA 94106** | - | | Underpaid Advances | | | | 9,896.00 |
| Account No.<br><br>**Franchise Tax Board<br>P.O. Box 942857<br>Perris, CA 92570** | - | | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | | | | 4,000.00 |
| Account No.<br><br>**Gordon B. Ford<br>Stanislaus County Tax Collector<br>1010 Tenth St., Suite 2500<br>Modesto, CA 95354** | - | | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | | X | | 30,742.80 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 90,275.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**   ,    Case No.    **09-30802**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Heckmann Communications** <br> **76 Lakeview** <br> **Oakland, CA 94611** | | - | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | X | | | 1,050.00 |
| Account No. <br><br> **Jim Kennedy** <br> **Yuba County Tax Collector** <br> **915 8th Street, Suite 103** <br> **Marysville, CA 95901** | | - | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | X | | | 230,385.28 |
| Account No. <br><br> **L.A. Commercial Group, Inc.** <br> **Law Office of Carol R. Hamilton** <br> **317 S. Brand Blvd.** <br> **Glendale, CA 91204** | | - | 6/30/2008 <br> Attorney Fees | | | | 12,251.00 |
| Account No. <br><br> **Lee Buffington** <br> **Tax Collector, San Mateo County** <br> **Redwood City, CA 94063** | | - | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | X | | | 133.65 |
| Account No. <br><br> **Orrick, Herrington & Sutcliffe LLP** <br> **ATTN: MJ Pritchett** <br> **405 Howard Street** <br> **(415) 773-5549** <br> **San Francisco, CA 94105-2669** | X | - | May 2008 through November 2008 <br> Attorney Fees <br><br> **NOTE:  Jointly owed with California Mortgage and Realty, Inc., CMR Mortgage Fund, LLC ("Fund I") and CMR Mortgage Fund II, LLC ("Fund II")** | | | | 539,866.00 |

| | | |
|---|---|---|
| Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 783,685.93 |

In re    **CMR Mortgage Fund III, LLC**                    Case No.    **09-30802**

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Orrick, Herrington & Sutcliffe LLP**<br>**405 Howard Street**<br>**San Francisco, CA 94105-2669** | - | | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.** | X | | | 3,120.72 |
| Account No.<br><br>**Perry-Smith LLP**<br>**ATTN: Michael Soza**<br>**One Embarcadero Center, Suite 1330**<br>**(415) 946-7447**<br>**San Francisco, CA 94111** | - | | **10/31/2008**<br>**Accounting and Audit Services** | | | | 17,650.00 |
| Account No.<br><br>**PG&E**<br>**P.O. Box 997300**<br>**Sacramento, CA 95997** | - | | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.** | X | | | 25,309.72 |
| Account No.<br><br>**Pinal County Treasurer**<br>**P.O. Box 848**<br>**Florence, AZ 85232** | - | | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.** | X | | | 38.17 |
| Account No.<br><br>**Property Sciences**<br>**ATTN: Paul Chandler**<br>**395 Taylor Blvd, Suite 250**<br>**(925) 246-7300**<br>**Pleasant Hill, CA 94523** | - | | **10/23/2008**<br>**Appraisal Fees** | | | | 4,000.00 |

Sheet no. **5** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
                  (Total of this page)      **50,118.61**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **CMR Mortgage Fund III, LLC**                                      ,     Case No.    **09-30802**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | | | | |
| Reuben & Junius, LLP 1 Bush Street, Suite 600 San Francisco, CA 94104 | - | | | X | | | 8,336.00 |
| Account No. | | | September 2008 through October 2008 Trustee Fees | | | | |
| S.B.S. Trust Deed Network ATTN: Julie Wanger 601 California Street, Suite 1501 El Granada, CA 94018 | - | | | | | | 5,222.00 |
| Account No. | | | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | | | | |
| S.B.S. Trust Deed Network 601 California St, Suite 1501 San Francisco, CA 94108 | - | | | X | | | 5,266.73 |
| Account No. | | | Outstanding checks | | | | |
| S.B.S. Trust Deed Network 3194 La Baya Drive, Suite 106 Thousand Oaks, CA 91362 | - | | | | | | 989.07 |
| Account No. | | | Outstanding checks | | | | |
| Sanabria, Licha 990 Baker Street San Francisco, CA 94115 | - | | | | | | 759.62 |

Sheet no. __6___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **20,573.42**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **CMR Mortgage Fund III, LLC**                                      Case No. **09-30802**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **NOTICE ONLY** | | | | |
| **SEC** **44 Montgomery Street, Suite 2600** **San Francisco, CA 94104** | - | | | | | | | **0.00** |
| Account No. | | | | **October 2008 through December 2008 Attorney Fees** | | | | |
| **Stein & Lubin LLP** **ATTN: Mark Lubin** **600 Montgomery Street, 14th Floor** **(415) 981-0550** **San Francisco, CA 94111** | X | - | | **NOTE: $40,361.00 owed jointly with CMR Mortgage Fund II, LLC** | | | | **49,009.00** |
| Account No. | | | | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.** | | | | |
| **Stein & Lubin LLP** **600 Montgomery Street, 14th Floor** **San Francisco, CA 94111** | - | | | | | X | | **257.50** |
| Account No. | | | | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.** | | | | |
| **Sutter County Tax Collector** **462 2nd Street** **Yuba City, CA 95991** | - | | | | | X | | **449.00** |
| Account No. | | | | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.** | | | | |
| **Timken Johnson Hwag LLP** **500 Ygnacio Valley Road, Suite 360** **Walnut Creek, CA 94596** | - | | | | | X | | **14,063.85** |

Sheet no. **7** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**63,779.35**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re __CMR Mortgage Fund III, LLC_____,  Case No. ___09-30802_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Trowbridge, Jeffery D.<br>180 Grand Avenue Suite 1550<br>Oakland, CA 94612 | - | | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. | X | | | 12,253.19 |
| Account No.<br><br>Trowbridge, Jeffery D.<br>180 Grand Avenue Suite 1550<br>Oakland, CA 94612 | - | | | | | | 89.55 |
| Account No.<br><br>ULB Construction<br>122 Stanbridge Lane<br>Alameda, CA 94502 | - | | Outstanding checks | | | | 587.00 |
| Account No.<br><br>Wheatland Holdings, LLC<br>ATTN: Richard Johnson<br>62 First Street, Fourth Floor<br>(415) 974-1100<br>San Francisco, CA 94106 | - | | Advances | | | | 9,992.00 |
| Account No.<br><br><br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __8___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 22,921.74 |
| | Total (Report on Summary of Schedules) | 3,841,097.76 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CMR Mortgage Fund III, LLC**         Case No.                             

<div align="center">Debtor(s)</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

       Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST. STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY. STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|

**NOTE: Certain LLC's in which Debtor holds membership interests are parties to various leases and contracts, but the Debtor is not a party to any executory contracts or unexpired leases.**

Sheet 1 of 1 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **CMR Mortgage Fund III, LLC**           ,     Case No.    **09-30802**

<center>Debtor</center>

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **California Mortgage and Realty, Inc.**<br>**62 First Street, Fourth Floor**<br>**San Francisco, CA 94105** | **Orrick, Herrington & Sutcliffe LLP**<br>**ATTN: Mark Lubin**<br>**405 Howard Street**<br>**(415) 773-5549**<br>**San Francisco, CA 94105-2669** |
| **CMR Mortgage Fund II, LLC**<br>**62 First Street, Fourth Floor**<br>**San Francisco, CA 94105** | **Stein & Lubin LLP**<br>**ATTN: Mark Lubin**<br>**600 Montgomery Street, 14th Floor**<br>**(415) 981-0550**<br>**San Francisco, CA 94111** |
| **CMR Mortgage Fund II, LLC**<br>**62 First Street, Fourth Floor**<br>**San Francisco, CA 94105** | **Orrick, Herrington & Sutcliffe LLP**<br>**ATTN: MJ Pritchett**<br>**405 Howard Street**<br>**(415) 773-5549**<br>**San Francisco, CA 94105-2669** |
| **CMR Mortgage Fund, LLC**<br>**62 First Street, Fourth Floor**<br>**San Francisco, CA 94105** | **Orrick, Herrington & Sutcliffe LLP**<br>**ATTN: MJ Pritchett**<br>**405 Howard Street**<br>**(415) 773-5549**<br>**San Francisco, CA 94105-2669** |

**0**
    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of California

In re   **CMR Mortgage Fund III, LLC**                       Case No.   **09-30802**

                                                Debtor(s)             Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Senior VP of Manager, California Mortgage and Realty, Inc. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ **28** __ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 21, 2009**                        Signature   **/s/ Graham Seel**

                                                        **Graham Seel**
                                                        **Senior VP of Manager, California Mortgage and Realty, Inc.**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re   **CMR Mortgage Fund III, LLC**          Case No.   **09-30802**

                                         Debtor(s)          Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $275,660.00 | January 1, 2009 through March 31, 2009 |
| | Gross interest income before deduction for servicing fees |
| $3,078,544.00 | January 1 through December 31, 2008 |
| | Gross interest income before deduction for servicing fees |
| $5,257,496.00 | January 1 through December 31, 2007 |
| | Gross interest income before deduction for servicing fees |

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                           SOURCE

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■
b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐
c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **California Mortgage and Realty, Inc.**<br>**62 First Street, Fourth Floor**<br>**San Francisco, CA 94105**<br>    **California Mortgage and Realty, Inc. is the**<br>**Manager of the Debtor** | **04/28/2008 - $48,409.00**<br>**05/02/2008 - $48,921.01**<br>**07/22/2008 - $46,686.41**<br>**08/15/2008 - $47,000.00**<br>**09/30/2008 - $45,226.48**<br>**10/29/2008 - $110,046.00**<br>**12/30/2008 - $2,964.93**<br>**01/13/2009 - $2,982.36**<br>**02/04/2009 - $402.27**<br>**03/17/2009 - $283.10** | **$352,921.56** | **$1,076,507.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Various LLC's in which Debtor holds membership interests are parties to proceedings, but Debtor is not a party to any proceeding.** | | | |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Macdonald & Associates** **221 Sansome Street, Third Floor** **San Francisco, CA 94104** | **March 27, 2009** | **$75,000.00 retainer (includes** **$1,039.00 chapter 11 filing fee)** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael Nepodal**<br>**California Mortgage and Realty, Inc.**<br>**62 First Street**<br>**San Francisco, CA 94105** | **Controller 2005-2008** |
| **James Gala**<br>**California Mortgage and Realty, Inc.**<br>**62 First Street**<br>**San Francisco, CA 94105** | **CFO 2006-2008** |
| **Graham Seel**<br>**California Mortgage and Realty, Inc.**<br>**62 First Street**<br>**San Francisco, CA 94105** | **Senior Vice President 2007-Present** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Perry-Smith, LLP** | **c/o Michael Soza**<br>**One Embarcadero Center, Suite 1330**<br>**San Francisco, CA 94111** | **2007 through 2009** |
| **Armanino-McKenna** | **12776 Alcosta Blvd, Suite 500**<br>**San Ramon, CA 94583** | **2006** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **California Mortgage and Realty, Inc.**<br>**Manager of Debtor** | **62 First Street, 4th Fl.**<br>**San Francisco, CA 94105** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Members of CMR Mortgage Fund III, LLC** | **All members of the debtor receive periodic financial statements** |

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **California Mortgage & Realty, Inc.**<br>**62 First Street, Fourth Floor**<br>**San Francisco, CA 94105** | **Manager** | **Debtor is managed by California Mortgage and Realty, Inc. Debtor is an LLC with 717 members, none of which own 5% or more of the membership interests of the LLC.** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **April 21, 2009**                    Signature **/s/ Graham Seel**

**Graham Seel**
**Senior VP of Manager, California Mortgage and Realty, Inc.**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*