In re **CMR Mortgage Fund III, LLC**  Case No. **09-30802**
Debtor(s)  Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Amended Schedule F**

This amendment adds details regarding debts owed by LLC's in which the debtor holds a membership interest, deletes the claim of the Pinal County Treasurer, and add the claim of Jeffer Mangels Butler & Marmaro, LLP.

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **May 6, 2009**

/s/ Iain A. Macdonald
**Iain A. Macdonald 051073**
Attorney for Debtor(s)
**Macdonald & Associates
221 Sansome St.
San Francisco, CA 94104
(415) 362-0449 Fax:(415) 394-5544**

B6F (Official Form 6F) (12/07)

In re **CMR Mortgage Fund III, LLC**, Case No. **09-30802**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Baumann, Paul F.<br>Trustee<br>486 Eureka Street<br>San Francisco, CA 94114 | | - | Outstanding checks | | | | 5.00 |
| Account No.<br><br>California Mortgage & Realty, Inc.<br>62 First Street, Fourth Floor<br>San Francisco, CA 94105 | | - | Servicing & Management Fees<br><br>NOTE: This company is the Manager of Debtor.<br>    Subject to setoff. | | | | 1,132,848.00 |
| Account No.<br><br>CB Richard Ellis<br>Real Estate Broker<br>101 California Street, 44th Floor<br>San Francisco, CA 94111 | | - | Broker Fees<br><br>Matures only upon sale of real property owned by certain LLC's in which the Debtor holds membership interests | | | | 1,794.40 |
| Account No.<br><br>City of Oakland<br>250 Frank H. Ogawa Plaza, 2nd Floor<br>Oakland, CA 94612 | | - | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.<br><br>Expense owed by 3202 35th LLC | X | | | 1,248.00 |

__8__ continuation sheets attached

Subtotal (Total of this page)    1,135,895.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     S/N:32168-090414    Best Case Bankruptcy

In re **CMR Mortgage Fund III, LLC**, Case No. **09-30802**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Clawson, Donald<br>836 McLaughlin Street<br>Richmond, CA 94805 | | - | **Outstanding checks** | | | | 75.00 |
| Account No.<br>CMR Mortgage Fund II, LLC<br>62 First Street, Fourth Floor<br>San Francisco, CA 94105 | | - | **Advances**<br>NOTE: This entity filed a voluntary chapter 11 petition on March 31, 2009 (Case No. 09-30788) Subject to setoff. | | | | 1,427,068.00 |
| Account No.<br>Contra Costa County Tax Collector<br>730 Las Juntas Street<br>925-646-2360<br>Martinez, CA 94553 | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>Expense owed by 2 Antioch, LLC | X | | | 122,457.88 |
| Account No.<br>CT Corp<br>ATTN: Megan Slocum<br>1350 Treat Blvd.<br>(925) 287-2911<br>Walnut Creek, CA 94597 | | - | **Corporate Services** | | | | 1,218.00 |
| Account No.<br>CT Corp<br>1350 Treat Blvd.<br>Walnut Creek, CA 94597 | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>Expense owed by Hamilton Creek LLC ($257), 1515 Leaven LLC ($192), 2 Antioch LLC ($192), and Wheatland Holdings LLC ($150) | X | | | 790.88 |

Sheet no. **1** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,551,609.76**

B6F (Official Form 6F) (12/07) - Cont.

In re **CMR Mortgage Fund III, LLC**, Case No. **09-30802**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Dick Larsen Treasurer Tax Collector**<br>172 W.Third Street, 1st Floor<br>San Bernardino, CA 92415 | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by 2 Aster LLC** | X | | | 13,429.46 |
| Account No.<br>**DK Consulting**<br>1440 Maria Lane, Suite 200<br>925 932-6868<br>Walnut Creek, CA 94596 | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by 2 Antioch LLC** | X | | | 4,575.00 |
| Account No.<br>**Donald White**<br>**Alameda County Tax Collector**<br>1221 Oak Street<br>Oakland, CA 94612 | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by 3202 35th LLC** | X | | | 28,116.04 |
| Account No.<br>**EnviroDetics, Inc.**<br>**ATTN: Darrin Domingo**<br>1379 Part Western Drive #184<br>(310) 832-2300<br>San Pedro, CA 90732 | | - | **07/11/2008**<br>**Environmental Consulting Services** | | | | 5,500.00 |
| Account No.<br>**Fidelity National Title Company**<br>209 Kearny Street, 2nd Floor<br>(415) 981-5720<br>San Francisco, CA 94108 | | - | **Title Insurance and Escrow Fees**<br>**Matures only upon sale of real property owned by certain LLC's in which the Debtor holds membership interests** | | | | 70,617.69 |

Sheet no. **2** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **122,238.19**

In re **CMR Mortgage Fund III, LLC**, Case No. **09-30802**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Fidelity National title Company** <br> 209 Kearny Street, 2nd Floor <br> 415-981-5720 <br> San Francisco, CA 94108 | | - | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. <br><br> Expense owed by 2 LINCDEV LLC ($5,291) and Wheatland Holdings LLC ($39,846) | X | | | 45,136.56 |
| Account No. <br> **First American Title Insurance Company** <br> 135 Main Street Ste. 1200 <br> San Francisco, CA 94105 | | - | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. <br><br> Expense owed by 2 Antioch LLC | X | | | 500.00 |
| Account No. <br> **First Street Commercial Mort. Fund, LLC** <br> ATTN: David Choo <br> 62 First Street, Fourth Floor <br> (415) 974-1100 <br> San Francisco, CA 94106 | | - | Underpaid Advances | | | | 9,896.00 |
| Account No. <br> **Franchise Tax Board** <br> P.O. Box 942857 <br> Perris, CA 92570 | | - | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. <br><br> Expense owed by 2 Aster LLC ($800), Hamilton Creek LLC ($800), 1515 Leaven LLC ($800), 2 Antioch LLC ($800), and Wheatland Holdings LLC ($800) | X | | | 4,000.00 |
| Account No. <br> **Gordon B. Ford** <br> Stanislaus County Tax Collector <br> 1010 Tenth St., Suite 2500 <br> Modesto, CA 95354 | | - | Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets. <br><br> Expense owed by 724 Glenwood LLC | X | | | 30,742.80 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **90,275.36**

In re **CMR Mortgage Fund III, LLC**, Case No. **09-30802**
                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Heckmann Communications**<br>**76 Lakeview**<br>**Oakland, CA 94611** | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by Hamilton Creek LLC** | X | | | 1,050.00 |
| Account No.<br>**Jeffer Mangels Butler & Marmaro, LLP**<br>**Two Embarcadero Center, 5th Floor**<br>**San Francisco, CA 94111** | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by 2 LINCDEV LLC** | X | | | 134.00 |
| Account No.<br>**Jim Kennedy**<br>**Yuba County Tax Collector**<br>**915 8th Street, Suite 103**<br>**Marysville, CA 95901** | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by Wheatland Holdings LLC** | X | | | 230,385.28 |
| Account No.<br>**L.A. Commercial Group, Inc.**<br>**Law Office of Carol R. Hamilton**<br>**317 S. Brand Blvd.**<br>**Glendale, CA 91204** | | - | **6/30/2008**<br>**Attorney Fees** | | | | 12,251.00 |
| Account No.<br>**Lee Buffington**<br>**Tax Collector, San Mateo County**<br>**555 County Center, 1st Floor**<br>**Redwood City, CA 94063** | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by Hamilton Creek LLC** | X | | | 3,120.72 |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    246,941.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re  **CMR Mortgage Fund III, LLC**                    ,   Case No. __**09-30802**__
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Orrick, Herrington & Sutcliffe LLP**<br>**ATTN: MJ Pritchett**<br>**405 Howard Street**<br>**(415) 773-5549**<br>**San Francisco, CA 94105-2669** | X | - | **May 2008 through November 2008**<br>**Attorney Fees**<br><br>**NOTE: Jointly owed with California Mortgage and Realty, Inc., CMR Mortgage Fund, LLC ("Fund I") and CMR Mortgage Fund II, LLC ("Fund II")** | | | | **539,866.00** |
| Account No.<br><br>**Orrick, Herrington & Sutcliffe LLP**<br>**405 Howard Street**<br>**San Francisco, CA 94105-2669** | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br><br>**Expense owed by 1515 Leaven LLC ($4,971), and 2 Antioch LLC ($20,339)** | X | | | **25,310.00** |
| Account No.<br><br>**Perry-Smith LLP**<br>**ATTN: Michael Soza**<br>**One Embarcadero Center, Suite 1330**<br>**(415) 946-7447**<br>**San Francisco, CA 94111** | | - | **10/31/2008**<br>**Accounting and Audit Services** | | | | **17,650.00** |
| Account No.<br><br>**PG&E**<br>**P.O. Box 997300**<br>**Sacramento, CA 95997** | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br><br>**Expense owed by 3202 35th LLC** | X | | | **38.00** |
| Account No.<br><br>**Property Sciences**<br>**ATTN: Paul Chandler**<br>**395 Taylor Blvd, Suite 250**<br>**(925) 246-7300**<br>**Pleasant Hill, CA 94523** | | - | **10/23/2008**<br>**Appraisal Fees** | | | | **4,000.00** |

Sheet no. __**5**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **586,864.00**

In re **CMR Mortgage Fund III, LLC**, Case No. **09-30802**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Reuben & Junius, LLP**<br>**1 Bush Street, Suite 600**<br>**San Francisco, CA 94104** | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by Hamilton Creek LLC ($6,951) and 2 Antioch LLC ($1,385)** | | X | | 8,336.00 |
| Account No.<br>**S.B.S. Trust Deed Network**<br>**ATTN: Julie Wanger**<br>**601 California Street, Suite 1501**<br>**El Granada, CA 94018** | | - | **September 2008 through October 2008 Trustee Fees** | | | | 5,222.00 |
| Account No.<br>**S.B.S. Trust Deed Network**<br>**601 California St, Suite 1501**<br>**San Francisco, CA 94108** | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by 3626 Main LLC** | | X | | 5,266.73 |
| Account No.<br>**S.B.S. Trust Deed Network**<br>**3194 La Baya Drive, Suite 106**<br>**Thousand Oaks, CA 91362** | | - | **Outstanding checks** | | | | 989.07 |
| Account No.<br>**Sanabria, Licha**<br>**990 Baker Street**<br>**San Francisco, CA 94115** | | - | **Outstanding checks** | | | | 759.62 |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **20,573.42**

In re  **CMR Mortgage Fund III, LLC**, Case No. __09-30802__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SEC**<br>44 Montgomery Street, Suite 2600<br>San Francisco, CA 94104 | | - | **NOTICE ONLY** | | | | 0.00 |
| Account No.<br><br>**Stein & Lubin LLP**<br>ATTN: Mark Lubin<br>600 Montgomery Street, 14th Floor<br>(415) 981-0550<br>San Francisco, CA 94111 | X | - | **October 2008 through December 2008 Attorney Fees**<br><br>**NOTE: $40,361.00 owed jointly with CMR Mortgage Fund II, LLC** | | | | 49,009.00 |
| Account No.<br><br>**Stein & Lubin LLP**<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by Wheatland Holdings LLC** | | X | | 257.50 |
| Account No.<br><br>**Sutter County Tax Collector**<br>462 2nd Street<br>Yuba City, CA 95991 | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by Wheatland Holdings LLC** | | X | | 449.00 |
| Account No.<br><br>**Timken Johnson Hwag LLP**<br>500 Ygnacio Valley Road, Suite 360<br>Walnut Creek, CA 94596 | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.**<br>**Expense owed by 2 Antioch LLC** | | X | | 14,063.85 |

Sheet no. __7__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **63,779.35**

In re **CMR Mortgage Fund III, LLC**, Case No. **09-30802**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Trowbridge, Jeffery D.** <br> **180 Grand Avenue Suite 1550** <br> **Oakland, CA 94612** | | - | **Expense owed by LLC in which Debtor holds an interest, necessary to preserve assets.** <br><br> **Expense owed by 2 LINCDEV LLC ($2,684), 724 Glenwood LLC ($759), 2 Antioch LLC ($8,810)** | X | | | 12,253.19 |
| Account No. <br> **Trowbridge, Jeffery D.** <br> **180 Grand Avenue Suite 1550** <br> **Oakland, CA 94612** | | - | | | | | 89.55 |
| Account No. <br> **ULB Construction** <br> **122 Stanbridge Lane** <br> **Alameda, CA 94502** | | - | **Outstanding checks** | | | | 587.00 |
| Account No. <br> **Wheatland Holdings, LLC** <br> **ATTN: Richard Johnson** <br> **62 First Street, Fourth Floor** <br> **(415) 974-1100** <br> **San Francisco, CA 94106** | | - | **Advances** | | | | 9,992.00 |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **22,921.74**

Total (Report on Summary of Schedules) **3,841,098.22**

In re   **CMR Mortgage Fund III, LLC**                                                          Case No.   **09-30802**
                                    Debtor(s)                                                    Chapter    **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Senior VP of Manager, California Mortgage and Realty, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __9__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May  6, 2009**                              Signature   **/s/ Graham Seel**
                                                                **Graham Seel**
                                                                **Senior VP of Manager, California Mortgage and Realty, Inc.**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                      18 U.S.C. §§   152 and 3571.