# United States Bankruptcy Court
## Northern District of California

In re    __CMR Mortgage Fund III, LLC__      Case No.    __09-30802__

                        Debtor(s)        Chapter    __11__

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Amended Summary of Schedules and Schedule B**

These amendments reduce the amount of prepaid expenses for tax preparation from $40,375.00 to $15,000.00 (Item No. 35). It was discovered that a retainer of $25,000.00 was used for the preparation of 2007 tax returns and is no longer available, and this amount was deducted. Furthermore, it was discovered that $375.00 was paid to maintain a bond for the Debtor's California Finance Lender's License, and this amount was deducted and reported separately.

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: None

Date:    __May 12, 2009__

                                    **/s/ Iain A. Macdonald**
                                    **Iain A. Macdonald 051073**
                                    Attorney for Debtor(s)
                                    **Macdonald & Associates**
                                    **221 Sansome St.**
                                    **San Francisco, CA 94104**
                                    **(415) 362-0449 Fax:(415) 394-5544**

# United States Bankruptcy Court
## Northern District of California

In re  **CMR Mortgage Fund III, LLC** _____,  Case No. ___**09-30802**_____

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 11 | 21,391.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 3,841,098.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 21,391.00 | | |
| Total Liabilities | | | | 3,841,098.22 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re    **CMR Mortgage Fund III, LLC** _____ ,

           Debtor

Case No. _____ **09-30802** _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **CMR Mortgage Fund III, LLC**                          Case No.  **09-30802**
                                    ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank**<br>**Account No. 412-1479968**<br><br>**Bank of America**<br>**Account No. 14591-43008** | -<br><br>- | 449.00<br><br>5,567.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Various Real Property and Liability Insurance Policies** | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **6,016.00**
(Total of this page)

**10**  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**            ,     Case No.    **09-30802**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **3203 Thirty-Fifth Ave, LLC**<br><br>**Debtor holds 25.0% of the membership interests in this LLC, which owns mixed use (commercial/residential) property, located at 3202 35th Avenue in Oakland, California (Loan No. 05-018).** | - | **Unknown** |
| | | **2 Aster, LLC**<br><br>**Debtor holds 10.8% of the membership interests in this LLC, which owns 28.34 acres (118 tentative lots) of real property, located in Victorville, California (Loan No. 06-012).** | - | **Unknown** |
| | | **724 Glenwood, LLC**<br><br>**Debtor holds 98.6% of the membership interests in this LLC, which owns 28.2 acres of real property, located at 724-808 E. Glenwood in Turlock, California (Loan No. 06-061). Debtor holds a claim against this entity for pre-foreclosure advances (see Item 18).** | - | **Unknown** |
| | | **3626 Main, LLC**<br><br>**Debtor holds 12.1% of the membership interests in this LLC, which owns 7,000 sq. ft. industrial property, located at 3626 Main Street in San Diego, California (Loan No. 06-017). Debtor holds a claim against this entity for pre-foreclosure advances (see Item 18).** | - | **Unknown** |

Sub-Total >      **0.00**
(Total of this page)

Sheet  **1**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**          ,    Case No.   **09-30802**

Debtor

<h1 align="center">SCHEDULE B - PERSONAL PROPERTY - AMENDED</h1>
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2 Antioch, LLC** | - | **Unknown** |
| | | **Debtor holds 100.0% of the membership interests in this LLC, which owns real property consisting of 50.01 acres (209 proposed lots and 11 acres commercial), located at Laurel Ranch in Antioch, California (Loan No. 06-071B).  Debtor holds a claim against this entity for pre-foreclosure advances (see Item 18).** | | |
| | | **Hamilton Creek, LLC** | - | **Unknown** |
| | | **This entity filed a voluntary chapter 11 petition on September 16, 2008 (Case No. 08-31285).  Debtor holds 35.0% of the membership interests in this LLC, which owns two pieces of real property, as follows:  (A) 145 acres of land (development site), located at One Quarry Road in Brisbane, California (Loan No. 06-038B); and (B) one parking lot, located at 311 Aspen Avenue in South Francsico, California (Loan No. 05-062).  Debtor holds a claim against this entity for pre-foreclosure advances (see Item 18).** | | |
| | | **Wheatland Holdings, LLC** | - | **Unknown** |
| | | **Debtor holds 35.0% of the membership interests in this LLC, which owns 435 acres, located in Wheatland, California (Loan No. 06-038C).** | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **CMR Mortgage Fund, LLC ("Fund I")** | - | **Unknown** |
| | | **Claim:  $1,919,075.00 Basis:  Overpaid advances, short-term loan. Collectibility of claim is uncertain. NOTE:  This entity filed a voluntary chapter 11 petition on November 19, 2008 (Case No. 08-32220).** | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet  __2__  of  __10__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CMR Mortgage Fund III, LLC**                     ,      Case No.     **09-30802**

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **721 5th St, LLC** | - | **Unknown** |
| | | **Claim: $1,178.00**<br>**Basis: Short-term loan.**<br>**Collectibility of claim is uncertain.**<br>**NOTE: This entity owns mixed use sites (duplex, restaurant), located at 721 and 745 5th Street in Oakland, California (Loan No. 04-052). Debtor holds no ownership interest in this LLC.** | | |
| | | **3 CCAM, LLC**<br>**Claim: $11,261.00**<br>**Basis: Short-term loan.**<br>**Collectibility of claim is uncertain.**<br>**NOTE: This entity owns no assets (all assets sold prior to petition date). Debtor holds no ownership interest in this LLC.** | - | **Unknown** |
| | | **3626 Main, LLC** | - | **Unknown** |
| | | **Claim: $36,561.00**<br>**Basis: Overpaid advances.**<br>**Collectibility of claim is uncertain.**<br>**NOTE: This entity owns 7,000 sq. ft. industrial real property, located at 3626 Main Street in San Diego (Loan No. 06-017). Debtor holds an ownership interest in this LLC (see Item 13).** | | |
| | | **Additional claims against various LLC's: Less than $5,000.00** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Loan No. 04-005** | - | **Unknown** |
| | | **Borrower: John Franklin Hein, Trustee**<br>**Principal: $1,563,500.00**<br>**Debtor's Interest: 26.5%**<br>**Lien Position: First**<br>**Collateral: Unimproved land located at Mira Mesa in San Diego, California**<br>**Accounting: Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |

                                           Sub-Total >        **0.00**
                                           (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**        ,       Case No.   **09-30802**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Loan No. 05-024** | - | **Unknown** |
| | | **Borrower:  Patrick D. Fitzgerald**<br>**Principal:  $100,000.00**<br>**Debtor's Interest:  10.0%**<br>**Lien Position:  First**<br>**Collateral:  Unimproved land (vacant lot) located at Vya, Nevada**<br>**Accounting:  Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 05-052A** | - | **Unknown** |
| | | **Borrower:  Veasy & Horner Development, LLC**<br>**Principal:  $74,499.00**<br>**Debtor's Interest:  3.5%**<br>**Lien Position:  First, Second & Third**<br>**Collateral:  Commercial land located at 3951 E. Clay Avenue in Fresno, California**<br>**Accounting:  Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 05-061B** | - | **Unknown** |
| | | **Borrower:  Dyer Mountain Associates, LLC**<br>**Principal:  $4,149,749.00**<br>**Debtor's Interest:  41.5%**<br>**Lien Position:  Second**<br>**Collateral:  7,025 acres unimproved land located in Lassen and Plumas Counties in California**<br>**Accounting:  Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 05-061C** | - | **Unknown** |
| | | **Borrower:  Dyer Mountain Associates, LLC**<br>**Principal:  $2,000,000.00**<br>**Debtor's Interest:  20.0%**<br>**Lien Position:  Third**<br>**Collateral:  7,025 acres unimproved land located in Lassen and Plumas Counties in California**<br>**Accounting:  Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |

Sub-Total >       **0.00**
(Total of this page)

Sheet  **4**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CMR Mortgage Fund III, LLC**          ,    Case No.    **09-30802**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Loan No. 06-013 | - | Unknown |
| | | Borrower:  Paula R. Mulugeta<br>Principal: $200,000.00<br>Debtor's Interest:  20.0%<br>Lien Position:  Second<br>Collateral:  Mixed use land located at 5401 Bran Street in Oakland, California<br>Accounting:  Accrual<br>Collectibility is uncertain; value of collateral is unknown. | | |
| | | Loan No. 06-023 | - | Unknown |
| | | Borrower:  MB Property Development II, LLC<br>Principal:  $3,350,000.00<br>Debtor's Interest:  36.6%<br>Lien Position:  Third<br>Collateral:  259 acres of unimproved land located in Myrtle Beach, South Carolina<br>Accounting:  Accrual<br>Collectibility is uncertain; value of collateral is unknown. | | |
| | | Loan No. 06-027 | - | Unknown |
| | | Borrower:  Sheldon-Laguna Properties, LLC<br>Principal:  $2,450,000.00<br>Debtor's Interest:  61.3%<br>Lien Position:  Mixed<br>Collateral:  Unimproved land located at 731 Nelson Lane in Lincoln, California<br>Accounting:  Non-Accrual<br>Collectibility is uncertain; value of collateral is unknown. | | |
| | | Loan No. 06-057 | - | Unknown |
| | | Borrower:  Pfau, Pfau & Pfau, LLC<br>Principal:  $6,160,000.00<br>Debtor's Interest:  61.6%<br>Lien Position:  Second & Third<br>Collateral:  Approximately 28,000 acres of unimproved land located in Fresno, California<br>Accounting:  Non-Accrual<br>Collectibility is uncertain; value of collateral is unknown. | | |

Sub-Total >        **0.00**<br>(Total of this page)

Sheet  **5**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**         ,   Case No.   **09-30802**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Loan No. 06-058** | - | **Unknown** |
| | | **Borrower:  Pfau, Pfau & Pfau, LLC - Ray Gray**<br>**Principal:  $2,972,000.00**<br>**Debtor's Interest:  20.8%**<br>**Lien Position:  Second & Third**<br>**Collateral:  Approximately 28,000 acres of unimproved land located in Fresno, California**<br>**Accounting:  Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 007-004** | - | **Unknown** |
| | | **Borrower:  Halekua Development Corporation**<br>**Principal:  $7,280,974.00**<br>**Debtor's Interest:  17.4%**<br>**Lien Position:  First**<br>**Collateral:  Unimproved land (Lot 3, Royal Kunia Subdivision II Project), located in Waipahu, Honolulu, Hawaii**<br>**Accounting:  Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **Loan No. 07-017** | - | **Unknown** |
| | | **Borrower:  Byron Park II Limited Partnership**<br>**Principal:  $1,685,000.00**<br>**Debtor's Interest:  93.6%**<br>**Lien Position:  Mixed**<br>**Collateral:  Unimproved land located at 11844 Old Tunnel Road in Grass Valley, California**<br>**Accounting:  Non-Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet  **6**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**        ,       Case No.    **09-30802**

                             Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Loan No. 07-037** | - | **Unknown** |
| | | **Borrower: MB Property Development II, LLC**<br>**Principal: $2,000,000.00**<br>**Debtor's Interest: 40.0%%**<br>**Lien Position: Fourth**<br>**Collateral: Unimproved land (694 lots) located in Withers Preserve, Myrtle Beach, South Carolina**<br>**Accounting: Accrual**<br>**Collectibility is uncertain; value of collateral is unknown.** | | |
| | | **TOTAL NOTES RECEIVABLE: $33,985,723.00** | | |
| | | **NOTE: Values are book principal balances, without valuation reserves. Some loans are secured by multiple properties, and lien priority may differ depending on the property.** | | |
| | | **2 Antioch, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $31,344.00. Collectibility of this claim is uncertain. NOTE: This LLC owns 50.01 acres (209 proposed lots and 11 acres commercial), located at Laurel Ranch in Antioch, California (Loan No. 06-071B). Debtor holds an ownership interest in this LLC (see Item 13).** | | |
| | | **3626 Main, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $27,058.00. Collectibility of this claim is uncertain. NOTE: This LLC owns 7,000 sq. ft. industrial real property, located at 3626 Main Street in San Diego (Loan No. 06-017). Debtor holds an ownership interest in this LLC (see Item 13).** | | |
| | | **721 5th Street, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $1,960.00. Collectibility of this claim is uncertain. NOTE: This LLC owns mixed use sites (Duplex, Restaurant), located at 721 and 745 5th Street in Oakland, California (Loan No. 04-052). Debtor holds no ownership interest in this LLC.** | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet  **7**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**       ,    Case No.   **09-30802**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **724 Glenwood, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $48,996.00. Collectibility of this claim is uncertain. NOTE: This LLC owns 28.2 acres of real property, located at 724-808 E. Glenwood in Turlock, California (Loan No. 06-061). Debtor holds an ownership interest in this LLC (see Item 13).** | | |
| | | **5 Casa Grande, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $683,216.00. Collectibility of this claim is uncertain. NOTE: This LLC owns 900 acres (3,300 total lots), located at Case Grande in Arizona (Loan No. 06-038B). Debtor holds no ownership interest in this LLC.** | | |
| | | **Hamilton Creek, LLC** | - | **Unknown** |
| | | **Debtor holds a claim against this entity for pre-foreclosure advances in the amount of $1,083,216.00. Collectibility of this claim is uncertain. NOTE: This entity filed a voluntary chapter 11 petition on September 16, 2008 (Case No. 08-31285). This LLC owns two pieces of real property, as follows: (A) 145 acres of land (development site), located at One Quarry Road in Brisbane, California (Loan No. 06-038B); and (B) one parking lot, located at 311 Aspen Avenue in South Francsico, California (Loan No. 05-062). Debtor holds an ownership interest in this LLC (see Item 13).** | | |
| | | **Additional claims against LLC's for pre-foreclosure advances: Less than $5,000.00.** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet  **8**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CMR Mortgage Fund III, LLC**              ,      Case No.   **09-30802**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal guarantees of loans listed under Item 18. Collectibility is uncertain.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **California Finance Lender's License** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Confidential proprietary customer list.** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     **0.00**<br>(Total of this page)

Sheet  **9**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **CMR Mortgage Fund III, LLC** ,                    Case No. __09-30802__

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid retainer for preparation of 2008 tax returns (see Amended Statement of Financial Affairs, Question No. 10)** | - | 15,000.00 |
| | | **Renewal Bond for California Finance Lender's License (see Statement of Financial Affairs Question No. 10).** | - | 375.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 15,375.00 |
| Total > | 21,391.00 |

Sheet __10__ of __10__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# United States Bankruptcy Court
## Northern District of California

In re   **CMR Mortgage Fund III, LLC**        Case No.    **09-30802**

               Debtor(s)        Chapter    **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Senior VP of Manager, California Mortgage and Realty, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of   **14**   page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 12, 2009**             Signature    **/s/ Graham Seel**

                                                  **Graham Seel**
                                                  **Senior VP of Manager, California Mortgage and Realty, Inc.**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy