DENNIS D. MILLER (SBN 138669)
EUGENE CHANG (SBN 209568)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone:	(415) 981-0550
Facsimile:	(415) 981-4343
dmiller@steinlubin.com
echang@steinlubin.com

Signed and Filed: January 08, 2010

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

Attorneys for Debtor
CMR MORTGAGE FUND III, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

CMR MORTGAGE FUND III, LLC,

Debtor.

Case No.  09-30802 TEC

Chapter 11

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF SPECIAL COUNSEL STEIN & LUBIN LLP**

Date:	December 28, 2009
Time:	9:30 a.m.
Dept:	23

The First Interim Application of Special Counsel Stein & Lubin LLP for Compensation and Reimbursement of Expenses ("First Interim Application") came on for hearing on December 28, 2009, at 9:30 a.m. in the above-referenced court, the Honorable Thomas E. Carlson, presiding.  Dennis D. Miller and Mark D. Lubin of Stein & Lubin LLP ("Stein & Lubin") appeared on behalf of Stein & Lubin, special counsel to CMR Mortgage Fund III (the "Debtor") and all other appearances were as noted on the record.

The Court having considered the First Interim Application and all pleadings filed in connection therewith and good cause appearing therefor:

IT IS HEREBY ORDERED as follows:

1.	The First Interim Application is granted as set forth herein and all

objections, if any there were, are overruled.

    2.    The Debtor is authorized and directed to pay Stein & Lubin the sum of $57,215.00 as reasonable attorneys' fees and $180.24 for costs incurred by Stein & Lubin from March 31, 2009 through October 31, 2009; and

    3.    The fees and expenses awarded to Stein & Lubin are interim fees awarded pursuant to Section 331 of Title XI of the United States Bankruptcy Code.

    4.    The fees and expenses awarded to Stein & Lubin are subject to review pursuant to 11 U.S.C. § 330 at or when Stein & Lubin submits its final application for compensation in this case.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST

<u>Attorneys for Debtor</u>
Robert G. Harris
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA  95050

<u>Official Committee of Equity Security Holders</u>
Scott H. McNutt
McNutt Law Group
188 The Embarcadero #800
San Francisco, CA  94105

<u>U.S. Trustee</u>
Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA  94104

Case: 09-30802    Doc# 248    Filed: 01/08/10    Entered: 01/11/10 10:22:29    Page 3 of 3