

**Signed and Filed: February 08, 2010**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

```
In re                              )  Case Nos.
                                   )
CMR MORTGAGE FUND, LLC,            )  08-32220 TEC
CMR MORTGAGE FUND II, LLC,         )  09-30788 TEC
CMR MORTGAGE FUND III, LLC, and    )  09-30802 TEC
HAMILTON CREEK, LLC,               )  08-31285 TEC
                                   )
          Debtors.                 )  Chapter 11
                                   )
                                   )
                                   )
_____)
```

**ORDER RE UNITED STATES TRUSTEE'S MOTION
TO APPOINT TRUSTEE OR EXAMINER**

On January 29, 2010, the court held a hearing in each of the four above-captioned cases on the United States Trustee's Motion to Appoint a Trustee or an Examiner (the Motion). Julie M. Glosson appeared for the United States Trustee. Elizabeth Berke-Dreyfuss appeared for Fund I. Robert G. Harris appeared for Fund II and Hamilton Creek, LLC. Reno Fernandez appeared for Fund III. Michael A. Sweet appeared for the Equity Committee. Robert Feinbaum appeared <u>in</u> <u>pro</u> <u>per</u>. Christina M. Caige and Ryan M. Sandrock appeared for Canpartners Realty Holding Company IV LLC. Upon due consideration, and for the reasons stated on the record at

the hearing and in the court's tentative ruling filed on January 28, 2010, the court hereby orders as follows:

    (1) The Motion is denied without prejudice as to each of the four Debtors (CMR Mortgage Fund, LLC; CMR Mortgage Fund II, LLC; CMR Mortgage Fund III, LLC; and Hamilton Creek, LLC), upon condition that the Equity Committee and each of the four Debtors file and serve a joint, combined plan (the Plan) and disclosure statement (the Disclosure Statement) by no later than March 1, 2010.

    (2) The court will hold a hearing on the Disclosure Statement on April 1, 2010 at 9:30 a.m.

    (3) The deadline to file and serve objections to the Disclosure Statement is March 25, 2010.

    (4) If the Plan and Disclosure statement are not filed and served by March 1, 2010, the court will hold a continued hearing on the Motion on March 5, 2010 at 9:30 a.m.

**\*\*END OF ORDER\*\***