# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re: ☐ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
☐ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
☒ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

Date: 3/10/10

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

**FILED**
MAR 15 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

From: Chris Dow
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: 116 Highland Dr
Oxnard CA
93035

New Address: 15108 Village 15
Camarillo CA 93012

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: Chris Dow          Date: 3/10/10

Print Name: Chris Dow

cc: McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105

155395.1_1