Robert Feinbaum
3001 Ashbrook Court
Oakland CA 94601
Phone: (510) 534-7008
Email: bobf@att.net

Investor in CMR MORTGAGE FUND LLC, FUND II LLC &
FUND III LLC,
Pro Se

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re;

| | |
|---|---|
| CMR MORTGAGE FUND LLC | Case # 08-32220 |
| CMR MORTGAGE FUND II LLC | Case # 09-30788 |
| CMR MORTGAGE FUND III LLC | Case # 09-30802 |
| Debtor In Possession | Chapter 11 |

## AFFECTS ALL FUNDS

INTERIM APPLICATION FOR COMPENSATION FOR ROBERT FEINBAUM FOR PROVIDING SUBSTANTIAL CONTRIBUTIONS TO PRESERVING DEBTORS ESTATES

Petitioner respectfully applies for compensation for providing substantial contributions to preserving the debtors estate.

Petitioner has participated in hearings from September 2009 until March 15, 2010 in order to represent the interests of investors in the CMR Funds. Investors are the residual beneficiaries of any moneys left over after the sale of properties held by the CMR Funds. It is universally

Page (2)

acknowledged that investors will not receive the return of the full value of their investment.

Savings in administrative and professional fees accrue to the benefit of estate. Petitioner has consistently argued against excesses, such as the outrageous request by Wendel, Rosen for huge fees, and the unspecified demand for administrative fees by CMRI which would have harmed the estate.

Prior to the organization of the Equity Holders Committee. petitioner stood alone in representing the interests of investors. CMRI hired, at investors expense, three separate law firms to confuse the bankruptcy proceedings Petitioner provided information for the Court to understand the perspective of investors who make up the largest claimants on the CMR estate.

With the Equity Committee's decision to collaborate with CMRI, and retain the services of the manager, petitioner continues to serve as the advocate for preservation of the estate for the benefit of investors. Petitioner continues to press for adequate information on which to base decisions. Petitioner continues to fight against secrecy and back room dealing which short changes the estate for the benefit of the Manager and its

Page (3)

clients.

Petitioner believes that these services have been, and will continue to be, valuable in preserving the estate for the benefit of investors. It seems a foregone conclusion that secured and unsecured creditors will be paid. What is in doubt is the extent of recovery for the many investors who have sunk their savings into the CMR Funds. Petitioner is dedicated to helping to achieve the maximum possible return for those investors. Petitioner hereby requests full approval of compensation in the amount of $ 17,775 representing 39.5 hours of service for the period of time from September 1, 2009 to March 15, 2010.

Submitted by: [signature]     Date: 3/19/2010