Entered on Docket
March 29, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 26, 2010

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: Rob@bindermalter.com

Attorneys for Debtor and Debtor In Possession CMR Mortgage Fund II, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>　　　　　　　　　　Debtors.<br><br>☐ Affects **FUND I**<br><br>☐ Affects **FUND II**<br><br>☐ Affects **FUND III**<br><br>X Affects **ALL FUNDS** | Case Nos. 08-32220 TEC<br>　　　　　　　09-30788 TEC<br>　　　　　　　09-30802 TEC<br><br>Chapter 11<br><br>Date: March 15, 2010<br>Time: 9:30 AM<br>Place: Courtroom 23rd floor<br>　　　　235 Pine St.<br>　　　　San Francisco, CA |

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING REIMBURSEMENT OF MANAGER'S EXPENSES AND PAYMENT OF PROFESSIONAL FEES AND RETAINERS**

On March 15, 2010, the Motion for Order Authorizing Payment of Post-Petition Asset Management Fees, Reimbursement of Expenses, and Payment of Professional Fees and Retainers ("Motion") brought by debtors and debtors in possession CMR Mortgage Fund, LLC ("Fund I"), CMR Mortgage Fund II, LLC ("Fund II") and CMR Mortgage Fund III, LLC ("Fund III") (collectively, the "Debtors") came on for hearing.

Robert G. Harris, Esq, of Binder & Malter, LLP and Iain Macdonald, Esq. and Reno Fernandez, Esq. of Macdonald & Associates appeared for the Debtors. Other appearances were noted on the record.

The Court, having considered the Motion, arguments of counsel, and the oral objection of Robert Feinbaum, hereby OVERRULES Mr. Feinbaum's objection and GRANTS the Motion. IT IS THEREFORE ORDERED that

1. The Debtors are authorized to pay Fund II counsel Binder & Malter, LLP $90,000, Macdonald & Associates $62,500, and Armanino, McKenna $39,000 as retainers pursuant to the Motion.

2. The Debtors shall retain pending a hearing on their applications for compensation the sum of $50,000 for the McNutt Law Group and $50,000 for LECG.

3. All amounts are to be held and not drawn down until an order of the Court after a hearing on notice to creditors.

APPROVED AS TO FORM:

MCNUTT LAW GROUP

By:/s/ Michael A. Sweet
    Michael A. Sweet

Attorneys for the Official Investors Committee

***** END OF ORDER *****

S:\Clients\California Mortgage Realty Fund II, LLP\Pleadings - CMR II\Managment Fees and Expense Reimbursement\Management Fee ORDER.wpd

## COURT SERVICE LIST

*All recipients are registered ECF participants.