McNUTT LAW GROUP LLP
MICHAEL A. SWEET (CSBN 184345)
DALE L. BRATTON (CSBN 124328)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Official Committee of
Equity Security Holders

Signed and Filed: January 20, 2011

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

CMR MORTGAGE FUND, LLC,
CMR MORTGAGE FUND II, LLC,
CMR MORTGAGE FUND III, LLC,

Debtors.

☐ Affects **FUND I**
☐ Affects **FUND II**
☐ Affects **FUND III**
☒ Affects **ALL FUNDS**

Case Nos. 08-32220 TEC
09-30788 TEC
09-30802 TEC

Chapter 11

Date: March 4, 2011
Time: 2:00 p.m.
Place: 235 Pine St., 23rd Floor
Courtroom 23
San Francisco, CA 94104

Judge: Hon. Thomas E. Carlson

**ORDER ON MOTION TO MODIFY PLAN AND SETTING STATUS CONFERENCE**

On January 14, 2011, the Court held a continued hearing on the Motion To Modify Chapter 11 Plan. Michael A. Sweet and Dale L. Bratton, of McNutt Law Group, appeared for the Official Committee of Equity Security Holders (the "Equity Committee"). Reno F. R. Fernandez III, of Macdonald and Associates, appeared for all Debtors. Robert Feinbaum appeared <u>in pro per</u>. Upon due consideration, and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that:

1. The deadline of January 14, 2011, for the occurrence of the Effective Date of the Equity

Committee And Debtors Joint Plan of Reorganization Dated June 24, 2010 (the "Plan") is extended to March 4, 2011, at 2:00 p.m.

2. The Court will hold a status conference on March 4, 2011, at 2:00 p.m. (the "Status Conference") to determine whether the funding necessary to permit the confirmed Plan to become effective (the "Funding") has been received.

3. If the Funding has not been received by the time of the Status Conference, the Court will set a shortened schedule for a hearing regarding the future disposition of the Debtors' cases. In that schedule, the Court may require the Debtors, the Equity Committee, and other parties in interest to file papers as soon as seven days after the Status Conference addressing, *inter alia*, why the Debtors' cases should not be converted to cases under Chapter 7 or why a Chapter 11 trustee should not be appointed.

The Certificates of Service for this proposed order are Docket Nos. 753 in Case No. 08-3220, 616 in Case No. 09-30788, and 587 in Case no. 09-30802.

\* \* \* END OF ORDER \* \* \*

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | *All are registered ECF participants except:* |
| 3 | Robert Feinbaum |
| | 3001 Ashbrook Court |
| 4 | Berkeley, CA 94601 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |