# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re: ☒ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
    ☒ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
    ☒ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

*cases combined now*

Date: 10/10/2011        * We are members of CMR Fund III.

To: Clerk of the Court
    U.S. Bankruptcy Court
    Northern District of California
    P.O. Box 7341
    San Francisco, CA 94120-7341

**FILED**
rv NOV 0 4 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

From: Marysue Smith and Brian Myers
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: 10916 Acoma Road SE
Albuquerque, NM 87123

New Address: 1928 N. Ranch Drive
Tucson, AZ 85715
(520) 546-1414

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: Marysue Smith / Brian Myers     Date: 10/10/2011
Print Name: Marysue Smith / Brian Myers

cc: McNutt Law Group LLP
    188 The Embarcadero, Suite 800
    San Francisco, CA 94105

155395.1_1

Case: 09-30802   Doc# 637   Filed: 11/04/11   Entered: 11/08/11 16:33:28   Page 1 of 1