# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re:   ☐ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
      ☐ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
      ☒ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

**FILED**
NOV 21 2012
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date: 11/12/12

To:   Clerk of the Court
      U.S. Bankruptcy Court
      Northern District of California
      P.O. Box 7341
      San Francisco, CA 94120-7341

From: Chris Dow
      (Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: 15108 Village 15
             Camarillo, CA 93012

New Address: 280 S. Euclid Ave #305
             Pasadena, CA 91101

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: *Chris Dow*                    Date: 11/12/12
Print Name: Chris Dow

cc:   McNutt Law Group LLP
      188 The Embarcadero, Suite 800
      San Francisco, CA 94105