Stephen R. Binder
42 Vista Encantada
Rancho Mirage, Ca 92270

Judge Thomas Carlson
235 Pine Street, 23rd. Floor
San Francisco, California 94111

Re: CMR Mortgage Fund II
case No: 08-32220-TEC
       09-30788-TEC
       09-30802-TEC
change of address

Dear Judge Carlson,

Kindly change my address from 81676 Avenida Sombra, Indio, Ca. 92203 to
New Address:"
42 Vista Encantada, Rancho Mirage, Ca. 92270
Telephone: 760-636-6447

Thank you,

*[signature: Stephen R. Binder]*
Stephen R. Binder

RECEIVED DEC 0 3 2012 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

FILED DEC 03 2012 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA