# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

*(Please check box(es) to indicate in which case(s) you are a party)*

Re: ☒ In re CMR Mortgage Fund, LLC, Case No. 08-32220-TEC
☒ In re CMR Mortgage Fund II, LLC, Case No. 09-30788-TEC
☒ In re CMR Mortgage Fund III, LLC, Case No. 09-30802-TEC

**FILED DEC 20 2012 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA**

Date: 11/19/12

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

From: Joan T Bolduc / Marie Kelzer
(Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address: 238 28th St
SF CA 94131

New Address: 4080 Glencoe Ave #424
Marina Del Rey, CA 90292

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: *Joan Bolduc / Marie Kelzer*   Date: 11/19/12

Print Name: Joan T. Bolduc / Marie Kelzer

cc: McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105