*This is for Chris Dow*

**FILED**
APR - 4 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date: 4/2/14

To:    Clerk of the Court
       U.S. Bankruptcy Court
       Northern District of California
       PO Box 7341
       San Francisco, CA 94120-7341

*Account # 11595*

Re:    **In re CMR MORTGAGE FUND, LLC,
LLC, CMR MORTGAGE FUND III, Ll
09-30788-TEC, and 09-30802-TEC
<u>Change of Address for Creditor</u>**

Dear Clerk:

     I am a creditor in the above-referenced chapter 11 the creditor matrix with my new address information. My

*280 S Euclid #280*
*Pasadena CA 91101*

_____

My **new** address is:

*4499 Via Marisol #311*
*Los Angeles CA*
*90042*

_____

Signature: *Chris Dow*
Print Name: *Chris Dow*