*Please note. this is for* **Madeline Dow**

**FILED**
APR - 4 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date: 4/2/14

To:  Clerk of the Court
     U.S. Bankruptcy Court
     Northern District of California
     PO Box 7341
     San Francisco, CA 94120-7341

Re:  **In re CMR MORTGAGE FUND, LLC, LLC, CMR MORTGAGE FUND III, LI 09-30788-TEC, and 09-30802-TEC**
     **Change of Address for Creditor**

Dear Clerk:

I am a creditor in the above-referenced chapter 11 the creditor matrix with my new address information. My [account #]

280 S Euclid Ave #305
Pasadena CA 91101

My **new** address is:

527 Five Oaks Dr.
South Pasadena CA
91030

Signature: *Madeline Dow*
Print Name: Madeline Dow